JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FROST,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 5:23-cv-01741-SSS-MARx<br><br>District Judge: Sunshine S. Sykes<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff DANIEL FROST ("Plaintiff") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 June 21, 2024.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $188,977.44, pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: June 26, 2024

_____
Irene Vazquez, Deputy Clerk

1
**JUDGMENT**